DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 224P14 | State v. William D. Moore | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Davidson County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 226P14 | In the Matter of: Gilbert Moore, Jr., Respondent | Respondent's PDR Under N.C.G.S. § 7A-31 (COA13-1397) | Denied |
| 228P14 | State v. Robert Leviticus McKoy | State's Motion for Temporary Stay (COA13-1071) | Allowed **07/03/2014** |
| 229P14 | Sharon Skoff, Employee v. US Airways, Inc., Employer, and New Hampshire Insurance Co., Carrier, (Chartis Claims, Inc., Third Party Administrator) | Defs' Motion for Temporary Stay (COA13-994) | Allowed **07/07/2014** |
| 232P14 | Jakiem Lance Wilson v. State | Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-917) | Dismissed |
| 236P14 | State v. Albert Grey Gurkin, Sr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1220) | Denied |
| 243P14 | State v. Terry Wayne Harris | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1217) | Denied |
| 244P14 | State v. Brandon Michael Pickens | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **07/16/2014** |
| 246P14 | State v. Lamate Sherron Anderson | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA13-1281) | Denied |
| 248P14 | State v. Thorne Oliver Watlington | State's Motion for Temporary Stay (COA13-825) | Allowed **07/18/2014** |
| 250P14 | David Baker-Bey v. Small Claim Court Magistrate | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **07/21/2014** |